# Important Privacy Notice



Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Cordelia Amachi

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Fresenius Medica Care North America. (Company).

Ohan Do the BioMed Technician

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name           ~~Cordelia Amachi~~ CCA
               Street Address
               County, City
               State & Zip Code
               Telephone Number

_Rev. 10/2009_

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name *Renal Care Group, Inc. (Fresenius Medical Care*
Street Address *10 E. Moreland Avenue*
County, City *Philadelphia, PA. 19118*
State & Zip Code _____

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ❑ Federal Questions          ❑ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *Federal Questions: It is a discrimination*

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? At my work, 10 E. Moreland Avenue, Philadelphia PA. 19118

B. What date and approximate time did the events giving rise to your claim(s) occur? December 3, 2020 by 9:15am.

**What happened to you?**

C. Facts: Ohan Do, BioMed Technician hit my buttocks a second time. I was sexually harassed harassed.

**Who did what?**

Ohan Do, hit my buttocks

**Was anyone else involved?**

Larnoda James, Manager, overheard my distress and entered the stockroom immediately following the aforesaid sexual assault.

**Who else saw what happened?**

No body.

### IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. This incident gave me emotional distress and I went to my doctor who gave me some day off from work. Due to panic and fear I resigned from work.

### V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want justice for been out of work for two(2) years. The pain and stress.

- 5 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of 02/27 , 20 23

Signature of Plaintiff _Amachi_
Mailing Address 432 E. Cheltenham Avenue
Philadelphia PA. 19120

Telephone Number 215-982-8184
Fax Number *(if you have one)* none
E-mail Address Cordeliaamachi@yahoo.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____